O 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

|  | Return |  |
|---|---|---|
| Case No.: 8:18-MJ-595 | Date and time warrant executed: 11/14/2018  0700 | Copy of warrant and inventory left with: Charles CASO |
| Inventory made in the presence of : Special Agent Jennifer Doyle ||||
| Inventory of the property taken and name of any person(s) seized: [Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes).  If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]  Please See Attached Search Inventory ||||

**Certification**  (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 12/7/2018

*Executing officer's signature*

Kevin LeDuc   Special Agent
*Printed name and title*

and Customs Enforcement

Homeland Security Investigations
Office of the Special Agent in Charge

501 West Ocean Boulevard, Suite 7200
Long Beach, California 90802

## SEARCH INVENTORY

Premises/Name: Charles Caso
42 Sandcastle, Aliso Viejo, CA 92656

Date: 11/14/2018

| Article Item # | Description | Qty | Unit | Location |
|---|---|---|---|---|
| 001 | WINCHESTER 12 GA SHOTGUN SUPER X MODEL 7 S/N: M86767 | 1 | EA | ROOM C |
| 002 | 12 GA AMMO | 270 | EA | ROOM C |
| 003 | WORLD EYECAM DVR | 1 | EA | ROOM C |
| 004 | WHITE MACBOOK MODEL NO. A1181 | 1 | EA | ROOM C |
| 005 | ALIENWARE LAPTOP S/N: HDWG-9W1 | 1 | EA | ROOM E |
| 006 | ASUS LAPTOP MODEL AR5B95 | 1 | EA | ROOM E |
| 007 | SEAGATE EXTERNAL HD S/N: Q1206160QQX | 1 | EA | ROOM C |
| 008 | IPHONE MODEL A1778 (BLACK) | 1 | EA | ROOM E |
| 009 | IPHONE MODEL A1687 (BLACK - CRACKED SCREEN) | 1 | EA | ROOM E |
| 010 | WESTWOOD COLLEGE THUMB DRIVE | 1 | EA | ROOM E |
| 011 | RED SANDISK THUMB DRIVE 16GB S/N: BL180125486B | 1 | EA | ROOM C |
| 012 | GREEN SANDISK THUMB DRIVE 16GB S/N: BL180125588B | 1 | EA | ROOM C |
| 013 | BLUE SANDISK THUMB DRIVE 16GB S/N: BL180125580B | 1 | EA | ROOM C |
| 014 | MEMOREX THUMB DRIVE 64GB | 1 | EA | ROOM C |

Page 1 of 1 Pages